UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICOLE YOUNT,<br><br>                    Plaintiff,<br><br>          v.<br><br>OFFICE DEPOT, LLC, *et al.*,<br><br>                    Defendants. | CASE NO. 2:24-cv-00392-RSL<br><br>ORDER GRANTING STIPULATED MOTION FOR STAY OF PROCEEDINGS |

This matter comes before the Court on the "Stipulated Motion for Stay of Proceedings" submitted by the parties in the above-captioned matter. Dkt. # 20. Having reviewed the record and the stipulation of the parties, the Court finds that a stay will promote judicial efficiency and preserve the resources of the litigants without unduly prejudicing either party's interests. 5A Charles Alan Wright & Arthur R. Miller, *Federal Practice and Procedure* § 1360 (3d ed. 2004).*See also Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) ("the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants").

ORDER GRANTING STIPULATED MOTION FOR STAY
OF PROCEEDINGS - 1

This matter is hereby STAYED in its entirety, pending the Washington Supreme Court's resolution of the question certified in *Branson v. Wash. Fine Wine & Spirits, LLC*, No. 2:24-cv-00589-JHC (W.D. Wash. Aug. 20, 2024). The Clerk of Court is directed to enter a statistical termination in this case. Such termination is entered solely for the purpose of removing this case from the Court's active calendar. The parties shall, within thirty days of the Supreme Court's decision, submit a Joint Status Report setting forth the parties' recommendations for a new trial date or, in the alternative, an anticipated schedule for achieving settlement.

Dated this 5th day of December, 2024.

Robert S. Lasnik
United States District Judge