UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NICOLE YOUNT,

                   Plaintiff,

       v.

OFFICE DEPOT, LLC, *et al*.,

               Defendants.

CASE NO. 2:24-cv-00392-RSL

CERTIFICATION OF
CONSTITUTIONAL QUESTION

This matter comes before the Court on "Defendants' Notice of Constitutional Question Pursuant to Fed. R. Civ. P. 5.1." Dkt. 41. On December 18, 2025, defendants filed a motion for judgment on the pleadings that calls into question the constitutionality of former RCW 49.58.110(4) and the application of RCW 49.58.070's statutory damages scheme to claims under RCW 49.58.110. The motion is currently noted for consideration on January 15, 2026

Pursuant to Fed. R. Civ. P. 5.1, defendants filed a notice of constitutional question and served the notice and the underlying papers on the state attorney general. Dkt. 41. In these circumstances, "[t]he court must, under 28 U.S.C. § 2403, certify to the . . . attorney general that a statute has been questioned" and give the attorney general sixty days in which to intervene unless the constitutional challenge is rejected outright. Under 28 U.S.C. § 2403(b), the state attorney general shall be permitted to intervene if requested, and shall

CERTIFICATION OF CONSTITUTIONAL QUESTION - 1

thereafter "have all the rights of a party and be subject to all liabilities of a party as to court costs to the extent necessary for a proper presentation of the facts and law relating to the question of constitutionality."

The Court hereby certifies that defendants are calling into question the constitutionality of a Washington statute that affects the public interest as specified in Dkt. 41. Pursuant to Fed. R. Civ. P. 5.1(c), the Washington State Attorney General may intervene, if he so chooses, on or before March 17, 2026. The pending motion for judgment on the pleadings (Dkt. 26) and related request for judicial notice (Dkt. 27) are hereby renoted to April 14, 2026. The Attorney General's response to the motion and request, if any, shall be filed on or before April 7, 2026. Reply papers from either party shall be filed on or before the note date.

The Clerk of Court is directed to send uncertified copies of this Order to all counsel of record and the Washington State Attorney General.

DATED this 20th day of January, 2026.

Robert S. Lasnik
United States District Judge

CERTIFICATION OF CONSTITUTIONAL QUESTION - 2