The Honorable Robert S. Lasnik

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| NICOLE YOUNT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE DEPOT, LLC, a Delaware limited liability company doing business as OFFICE DEPOT; THE OFFICE CLUB, LLC, a Delaware limited liability company doing business as OFFICE DEPOT; and DOES 1-20,<br><br>Defendants. | No. 2:24-cv-00392-RSL<br><br>**ORDER GRANTING STIPULATED REQUEST TO VACATE CASE DEADLINES PENDING RESOLUTION OF JURISDICTIONAL ISSUE** |

This matter came before the Court on the Parties' Stipulated Request to Vacate Case Deadlines Pending Resolution of Jurisdictional Issue. Being fully apprised, the Court hereby ORDERS that the current case schedule, including trial date and pretrial deadlines, is hereby VACATED. The Parties will confer to propose new deadlines, if any, within 30 calendar days of the Court's order regarding the issues currently pending before it.

//

//

//

//



**EMERY | REDDY, PC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

DATED this 12th day of November, 2026.

The Honorable Robert S. Lasnik
United States District Court Judge

Presented by:

**EMERY REDDY, PC**

By: */s/ Timothy W. Emery*
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Fax: (206) 441-9711
Email: emeryt@emeryreddy.com
Email: reddyp@emeryreddy.com
Email: paul@emeryreddy.com

**TOUSLEY BRAIN STEPHENS PLLC**

By: */s/ Rebecca L. Solomon*
Rebecca L. Solomon, WSBA #51520
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Phone: 206.682.5600/Fax: 206.682.2992
Email: rsolomon@tousley.com

***Attorneys for Plaintiff***

**LITTLER MENDELSON, P.C.**

By: */s/ Janene Sohng*
Breanne Martell, WSBA #39632
Janene Sohng, WSBA #33975
600 University Street, Suite 3200
Seattle, Washington 98101.3122
Phone: 206.623.3300
Facsimile: 206.447.6965
Email: bsmartell@littler.com
Email: jsohng@littler.com

***Attorneys for Defendants***